# EXHIBIT C



## County Commission

## — MAPS —

Jefferson County Commission will have 5 districts. Candidates will run in the district in which they live.






## COMMISSION DISTRICT ONE

| Legislative Precinct | Box Area | Voting Center |
|---|---|---|
| 45 | 01 | Barrett School |
| 53 | 01 | Ramsay High School |
| 53 | 02 | Hill School |
| 53 | 04 | Glen Iris School |
| 53 | 06 | Washington School |
| 53 | 07 | Elyton School |
| 53 | 09 | Highland Manor Apts. |
| 54 | 01 | Alberta Shields School |
| 54 | 02 | Norwood Armory |
| 54 | 03 | McArthur School |
| 54 | 04 | City Auditorium |
| 54 | 06 | Court House Lobby |
| 54 | 10 | Parke Memorial Library |
| 54 | 12 | Bethel Baptist Church |
| 55 | 11 | Highland Ave. Fire Station |
| 58 | 02 | Fire Station No. 29 |
| 58 | 03 | Curry School |
| 58 | 05 | WillowWood Rec. Center |
| 58 | 06 | Ala. Youth Services Vacca Campus |
| 58 | 07 | Oporto Armory |
| 59 | 01 | Inglenook School |
| 59 | 02 | Morton Simpson Comm. Center |
| 59 | 03 | Hudson School |
| 59 | 04 | No. B'ham Recreation Center |
| 59 | 05 | Eagan School Gym |
| 59 | 06 | Hillview Community Center |
| 59 | 07 | Hooper City Recreation Center |
| 59 | 08 | Lewis School |
| 59 | 09 | Harriman Park Rec. Center |
| 60 | 01 | Finley Ave. School |
| 60 | 05 | McCaw School |
| 60 | 07 | Howze-Sanford Rec. Cntr. Pratt Park |
| 60 | 08 | Fire Station, Pratt City |
| 60 | 09 | Hillview Elem. School |
| 60 | 10 | George W. Scott School |

[Map of Commission District No. 2, showing areas including Ensley, West End, Midfield, Brighton, Lipscomb, Bessemer, with streets and railroads labeled: Village Creek, Arkadelphia Rd., B.S.R.R., Ave. V, I-65, I-59, Center St., 20th St., A.C.L.R.R., 5th St., 8th St., City Limits, Fulton Ave., Green Springs Hwy., Ave. F, Ave. H, M.L. King Dr., 52nd St., 55th Pl., Southern R.R., Vinesville Rd., W. Valley Ave., Jaybird Rd., City Limits, Spaulding-Ishkooda Rd., Norfolk-Southern R.R., Mead R.R., Alabama Ave., L & N R.R. (Abandoned), 14th St.]

COMM. DIST. NO. 2

## COMMISSION DISTRICT TWO

| Legislative Precinct | Box Area | Voting Center |
| --- | --- | --- |
| 49 | 01 | Charles A. Brown School |
| 49 | 02 | Community House, Ensley |
| 49 | 04 | Civic Club, Fairfield Hglds. |
| 52 | 01 | Cooper Green Recreation Center |
| 52 | 02 | Semmie Lavender Comm. Ctr. |
| 52 | 03 | Central Park Comm. Center |
| 52 | 04 | Lee School |
| 52 | 05 | Harrison Park Community Center |
| 52 | 06 | Hemphill School Rec. Bldg. |
| 52 | 07 | Wenonah Elementary School |
| 52 | 08 | Jackson School |
| 52 | 09 | Five Points West Mall |
| 53 | 03 | Graymont Elementary School |
| 53 | 05 | Center Street School |
| 53 | 08 | F.O.P. Bldg. Green Springs Highway |
| 54 | 05 | Wilkerson School |
| 54 | 11 | Carrie A. Tuggle School |
| 56 | 01 | Southside Homes Comm. Cntr. |
| 56 | 02 | Arlington School |
| 56 | 03 | St. Francis School |
| 57 | 01 | Fairfield City Hall |
| 57 | 03 | Midfield Comm. Center |
| 57 | 04 | Brighton Comm. House |
| 57 | 05 | Brighton High School |
| 57 | 06 | Roosevelt School |
| 57 | 07 | Lipscomb City Hall |
| 57 | 08 | Bryants Chapel AME Church Rec. Hall |
| 57 | 09 | Riley School |
| 60 | 02 | Woodrow Wilson School |
| 60 | 03 | Fairview School |
| 60 | 04 | Ensley High School Gym |
| 60 | 06 | Old Police Court Room |



## COMMISSION DISTRICT THREE

| Legislative Precinct | Box Area | Voting Center |
|---|---|---|
| 49 | 03 | Wylam Fire Station |
| 49 | 05 | Glen Oaks School |
| 49 | 06 | Pleasant Grove Comm. House |
| 49 | 07 | Hueytown Alternative School |
| 49 | 08 | Sylvan Springs City Hall |
| 49 | 09 | Fire Station, Maytown |
| 49 | 10 | Booker Heights Comm. |
| 50 | 01 | Bessemer Trade School |
| 50 | 02 | Eastern Valley Community Center |
| 50 | 03 | Indian Ford Vol. Fire & Rescue Dept. |
| 50 | 04 | Flint Hill Fire Station No. 4 |
| 50 | 05 | West Hglds, Bells Spec. Educ. |
| 50 | 06 | City Hall, Hueytown |
| 50 | 07 | Virginia Vol. Fire Dept. |
| 50 | 08 | City Hall, Johns |
| 50 | 09 | Oak Grove High School |
| 50 | 10 | Concord Fire Dept. |
| 50 | 11 | Alliance Elem. School |
| 50 | 12 | Masonic Lodge, West Jeff. |
| 50 | 13 | Adamsville Elementary School |
| 51 | 01 | City Hall, Mulga |
| 51 | 02 | Fire Station, Minor |
| 51 | 03 | McDonald Chapel Comm. Ctr. |
| 51 | 04 | Morningstar Baptist Church |
| 51 | 05 | Sandusky Elem. School |
| 51 | 06 | Westwood Crumley Chapel Comm. Ctr. |
| 51 | 07 | City Hall Annex, Adamsville |
| 51 | 08 | Maurice West Comm. Center |
| 51 | 09 | City Hall, Brookside |
| 51 | 10 | Mt. Olive Elem. School |
| 51 | 13 | Bagley Junior High School |
| 55 | 06 | Shades Cliff Comm. Center |
| 55 | 07 | Shades Crest Baptist Church |
| 55 | 08 | Pine Haven Bapt. Church Shannon-Wenonah Rd. |
| 55 | 09 | Shady Grove Baptist Church |
| 55 | 10 | Fire Station Morgan Rd. |
| 56 | 04 | Bessemer City Hall |
| 56 | 05 | McNeil Jr. High School |
| 56 | 06 | National Guard Armory - Bessemer |
| 56 | 07 | Jonesboro Elem. School |
| 56 | 08 | Addison School |
| 56 | 09 | Woodward Elem. School |
| 57 | 02 | Fairfield Fire Station |



## COMMISSION DISTRICT FOUR

| Legislative Precinct | Box Area | Voting Center |
|---|---|---|
| 43 | 01 | Springdale Elementary |
| 43 | 02 | Comm. Cntr. Fultondale |
| 43 | 03 | Civic Center Gardendale |
| 43 | 04 | Comm. Center, Mt. Olive |
| 43 | 05 | First United Methodist Church |
| 43 | 06 | Masonic Hall, Old 31 Hwy., Morris, Al. |
| 43 | 07 | City Hall, Kimberly |
| 43 | 08 | City Hall, Trafford |
| 43 | 09 | K. A. Johnson Elem. School |
| 43 | 10 | Fire Station - Palmerdale |
| 43 | 11 | Civitan Club Pinson |
| 43 | 12 | Clay Comm. Center |
| 43 | 13 | Grayson Valley 1st Baptist Church |
| 44 | 01 | Pinson Comm. School |
| 44 | 02 | Center Point Elementary |
| 44 | 03 | First Bapt. Church Center Point |
| 44 | 04 | Chalkville Civic Center |
| 44 | 05 | Grayson Valley Southern Bapt. |
| 44 | 06 | Trussville City Hall |
| 45 | 02 | Robinson School |
| 45 | 03 | Don Hawkins Comm. Center |
| 45 | 04 | Huffman Elem. School |
| 45 | 05 | No. Roebuck School |
| 45 | 06 | Andrew Gavin Family Life Center, Our Lady of Lourdes Church |
| 45 | 07 | L. M. Smith School |
| 45 | 08 | Fire Station No. 28 |
| 47 | 07 | City Hall, Irondale |
| 47 | 08 | East Jeff. Co. Fire Dept. |
| 47 | 09 | Leeds Armory |
| 51 | 11 | Warrior City Hall |
| 51 | 12 | Corner School |
| 58 | 01 | Tarrant City Hall |

—36—

—37—

## COMMISSION DISTRICT FIVE

COMM DIST. NO. 5

| Legislative Precinct | Box Area | Voting Center |
|---|---|---|
| 46 | 01 | Mt. Chapel Methodist Church |
| 46 | 02 | City Hall, Vestavia |
| 46 | 03 | Mtn. Brook Grammar School |
| 46 | 04 | Fire Station Locksley |
| 46 | 05 | Overton Rd. United Meth. Church |
| 46 | 06 | Mt. Brook Jr. High School |
| 46 | 07 | Cahaba Hgts. Elem. School |
| 46 | 08 | Leeds High School |
| 46 | 09 | Brookwood Baptist Church |
| 47 | 01 | Highland Racquet Club |
| 47 | 02 | Avondale School |
| 47 | 03 | Donald Comer Elem. School Gym |
| 47 | 04 | Woodlawn Fire Station No. 12 |
| 47 | 05 | Mountain Brook City Hall |
| 47 | 06 | Eastwood Mall Shopping Ctr. |
| 47 | 10 | Shades Valley Presbyterian Church |
| 48 | 01 | Community Health Care Center |
| 48 | 02 | Oakmont Presbyterian Church |
| 48 | 03 | Hoover Shopping Center |
| 48 | 04 | St. Marks United Methodist Church |
| 48 | 05 | Vestavia Plaza Mall Sears Store |
| 48 | 06 | Vestavia High School |
| 54 | 07 | Avondale Library |
| 54 | 08 | Clairmont Ave., Fire Station No. 22 |
| 54 | 09 | Southtown House. Comm. Ctr. |
| 55 | 01 | Rec. Center, Homewood Pk. |
| 55 | 02 | Fire Station Carr Ave. |
| 55 | 03 | Edgewood School |
| 55 | 04 | Homewood Library |
| 55 | 05 | Shades Cahaba School |
| 58 | 04 | Gate City School |