UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CARA MCCLURE, et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | **Case No.: 2:23-cv-00443-MHH** |
| v. | } | |
| | } | |
| **JEFFERSON COUNTY COMMISSION,** | } | |
| | } | |
| **Defendant.** | } | |

| | | |
|---|---|---|
| **ALEXIA ADDOH-KONDI, et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| v. | } | **Case No.: 2:23-cv-00503-MHH** |
| | } | |
| **JEFFERSON COUNTY COMMISSION,** | } | |
| | } | |
| **Defendant.** | } | |

## MOTION TO WITHDRAW REPRESENTATION

Daniel Hessel, an attorney in case number 2:23-cv-00443 for Plaintiffs Cara McClure, Greater Birmingham Ministries, The Metro-Birmingham Branch of the NAACP, and the Alabama State Conference of the NAACP (together, the "McClure Plaintiffs"), respectfully moves this Court to withdraw from any representation in case number 2:23-cv-00503 of Plaintiffs Alexia Addoh-Kondi, Cynthia Bonner, Ja'Nelle Brown, Eric Hall, Michael Hansen, Julia Juarez, Charles Long, William Muhammed, Fred Lee Randall Tammie Smith, and/or Robert Walker (together, the "Addoh-Kondi Plaintiffs").

Through local counsel, Mr. Hessel moved for *pro hac vice* admission on behalf of the McClure Plaintiffs in case number 2:23-cv-00443. ECF No. 108. The Court granted that motion. ECF No. 109. Because the two cases are related in ECF, Mr. Hessel is erroneously listed as representing the Addoh-Kondi Plaintiffs in case number 2:23-cv-00503.

Mr. Hessel does not represent the Addoh-Kondi Plaintiffs, and respectfully moves to withdraw any indication on ECF that he does. Counsel for the McClure Plaintiffs have conferred with counsel for the Addo-Kondi Plaintiffs and counsel for Defendants, who do not oppose this motion.

Dated: August 27, 2024.

Respectfully submitted,

/s/ Nicki Lawsen
Nicki Lawsen (Bar No. ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
FISHER & GOLDFARB, LLC
The Kress Building 301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
Fax: (205) 254-1500
 nlawsen@wigginchilds.com
*One of the Attorneys for McClure Plaintiffs*


/s/ Daniel Hessel
Daniel Hessel
ELECTION LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Ste. 4015
Cambridge, MA 02138
Phone: (917) 403-4976
dhessel@law.harvard.edu
*One of the Attorneys for McClure Plaintiffs*